**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:**<br><br>**Derrick P. Burmaster**<br><br>**DEBTOR.** | **CASE NO. 23-11081**<br><br>**CHAPTER 13** |

**COMPLAINT FOR EXCEPTION FROM DISCHARGE**

1. Come Now Plaintiffs Derek Brown and Julia Barecki-Brown (together, the "Plaintiffs"), by and through their undersigned counsel, to bring this Complaint to Determine the Non-Dischargeability of Debts pursuant to 11 U.S.C. §1328(a)(4), against, Defendant, Derrick P. Burmaster ("Burmaster", "Defendant" or "Debtor") and allege upon information and belief as follows:

**JURISDICTION**

2. The Plaintiffs object to the dischargeability of Defendant's debt owed to Plaintiffs pursuant 11 U.S.C. §1328(a)(4) of the Bankruptcy code.

3. The Court has jurisdiction over the instant Adversary Proceeding pursuant to 28 U.S.C. §§157(a) and 1334, and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4. This Adversary Proceeding is a core proceeding as defined under 28 U.S.C. §157(a)(2)(J).

5. Venue is proper in this Court pursuant to 28 U.S.C. §1409(a).

**PARTIES**

6. Plaintiff DEREK BROWN is an adult citizen of the State of Louisiana and domiciled in the Eastern District of Louisiana. He is married to Julia Barecki-Brown.

7. Plaintiff JULIA BARECKI-BROWN is an adult citizen of the State of Louisiana and domiciled in the Eastern District of Louisiana. She is married to Derek Brown.

8. Defendant Officer DERRICK BURMASTER is an adult resident of the Eastern District of Louisiana and an officer in the New Orleans Police Department.

## BACKGROUND

9. Defendant filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on July 7, 2023.

10. The petition lists an unknown unsecured debt owed by the Debtor to the Plaintiffs. Plaintiffs each filed a proof of claim for $650,000. (Claim Nos. 7, 8). These debts are a result of willful or malicious injury by the debtor that caused personal injury to the Plaintiffs asserted against the Debtor in *Brown v. Burmaster, et al*, No. 22-0847 (E.D. La.) ("the District Court action").

11. On March 31, 2022, Plaintiffs filed suit in the District Court against the Debtor, Superintendent of the NOPD, Shaun Ferguson ("Ferguson"), and the City of New Orleans (the "City"). A copy of the Complaint is attached hereto as **Exhibit A**. Plaintiffs asserted claims against the Debtor for federal civil rights violations under Section 1983 as well as state-law claims of negligence, negligent infliction of emotional distress, and conversion. *See generally id*. Plaintiffs also asserted claims against Ferguson and the City alleging causes of action for negligent hiring, training, and supervision, vicarious liability, Monell liability, and indemnity. *See id.*

12. The Debtor's liabilities to Plaintiffs arise from his committing these willful and malicious acts alleged in the complaint in the District Court Action which caused injury to Plaintiffs. All of the allegations made in the District Court complaint concerning Burmaster's willful and malicious conduct are incorporated herein by reference.

13. As a result of Burmaster's wrongdoing, Plaintiffs' 16-week-old, twenty-two-pound puppy was brutally shot and killed. As a result of this unlawful killing, Plaintiffs suffered economic loss, physical harm, emotional harm, and loss of property.

14. Importantly the puppy was not an immediate danger to Burmaster. And Burmaster's use of force was completely avoidable. Both these facts are confirmed by the Defendants' own experts. Every single expert designated by Defendants has testified that they would not have used lethal force on Plaintiffs' puppy, Apollo.

**COUNT I**
**(Exception From Discharge – 11 U.S.C. § 1328(a)(4))**

15. Plaintiffs repeat and reallage the foregoing paragraphs, and by reference incorporate them herein and make them a part of the count.

16. Burmaster's liabilities to Plaintiffs arise from committing these willful and malicious acts alleged in the complaint in the District Court Action which caused injury to Plaintiffs, including the unjustifiable killing of Plaintiffs puppy, Apollo that caused physical and emotional injury to Plaintiffs.

17. Burmaster's willful and malicious acts furthermore violated Plaintiffs' personal constitutional rights, as made actionable through 42 U.S.C. § 1983.

18. Burmaster engaged in this wrongdoing with the actual intent to cause the harm resulting from his actions.

19. Because Burmaster's liabilities to Plaintiffs arise from willful and malicious acts that caused personal injury to Plaintiffs, these liabilities are non-dischargeable under 11 U.S.C. § 1328(a)(4).

20. Plaintiffs demand a jury trial in the District Court on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully requests that this Court enter Judgement:

a) Pursuant to 11 U.S.C. § 1328(a)(4) declaring Burmaster's liabilities to Plaintiffs non-dischargeable in the amount to be determined at trial;

b) Providing such other further relief as is just and equitable.

Dated: October 10, 2023

Respectfully submitted,

*/s/ Laura F. Ashley*
LAURA F. ASHLEY (#32820)
TARAK ANADA (#31598)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8118
Facsimile: (504) 589-8118
Email: lashley@joneswalker.com

And

William Most (#36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
Email: williammost@gmail.com

**ATTORNEYS FOR PLAINTIFFS**