## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NO. 23-01032 |
| | * | |
| BROWN ET AL V. BURMASTER | * | MAIN BK: 23-11081 |
| | * | |
| ADV. PROC | * | SECTION "A" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION FOR ORDER AUTHORIZING DEFENDANT TO EMPLOY C. THEODORE ALPAUGH, III AND GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P. AS ADDITIONAL ADVERSARY PROCEEDING DEFENSE COUNSEL NUNC PRO TUNC FROM OCTOBER 10, 2023**

NOW INTO COURT, through undersigned counsel, comes Derrick P. Burmaster ("Defendant"), who respectfully requests that he be authorized to employ attorney, C. Theodore Alpaugh, III ("Proposed Attorney"), to October 10, 2023, and respectfully represents as follows:

1.

Pursuant to 28 U.S.C. §§ 157(b) and 1334, this Court has jurisdiction (i) to hear and determine this Application, and (ii) over the persons and property affected hereby. The subject matter of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b). The venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. § 1408 and 28 U.S.C. § 1409.

2.

A Voluntary Petition for relief was filed under Chapter 13 of Title 11 of the United States Code in the above numbered and entitled bankruptcy proceeding on July 7, 2023 **[ECF Doc. 1]**. Debtor's plan was confirmed October 10, 2023, and Debtor is in month 14 of his plan.

3.

On October 10, 2023, creditors Derek Brown and Julia Barecki-Brown commenced an adversary proceeding against Debtor Derrick Burmaster. Defendant is a police officer presently

employed by the New Orleans Police Department. Prior the filing of the Chapter 13 Proceeding, Mr. Alpaugh is counsel of record for Mr. Burmaster in the federal district court action entitled Brown, et al v. Burmaster, et al 2:2022-cv-00847 filed on March 31, 2022, and the matter of Brown v. Burmaster Docket # 23-30180 filed on March 30, 2023, in the United States Court of Appeals for the Fifth Circuit. Mr. Alpaugh is not paid directly by the Debtor but is paid by the Fraternal Order of Police Legal Defense Plan which Mr. Burmaster pays indirectly via funds deducted from his wages for his Fraternal Order of Police dues. Attached as an Exhibit to this motion is a brochure explaining the parameters of this plan indicating that Mr. Burmaster at most pays $324 annually from his pre-tax wages for full coverage through the Legal Defense Plan.

4.

The professional services the attorney will render are summarized as follows:

A. Counsel with the Defendant on an as needed basis;

B. Prepare and timely file any required amendments to pleadings, schedules, and statements in the adversary proceeding;

C. Prepare and file motions and responses to motions required to protect the Defendant's interests in the case and attend scheduled hearings;

D. Advise the Defendant concerning his obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, and applicable court orders relating to the adversary proceeding

5.

To the best of the Defendant's knowledge, neither such attorney nor the law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither such attorney nor the law firm represent any interest adverse to the debtor.

6.

Attached to this motion is the proposed attorney's affidavit demonstrating that C. Theodore Alpaugh, III and Guste, Barnett, Schlesinger & Alpaugh, L.L.P. are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Fed. R. Bankr. P. 2014.

**WHEREFORE**, the applicant requests the entry of an order:

1. Authorizing Defendant, Derrick P. Burmaster, to employ attorney C. Theodore Alpaugh, III and the firm of Guste, Barnett, Schlesinger & Alpaugh, L.L.P., nunc pro tunc from October 10, 2023, as additional defense counsel in the above captioned adversary proceeding only.

2. For all other just or equitable relief

Respectfully submitted,
The Caluda Group, LLC

*/s/William Cherbonnier, Jr.*
William G. Cherbonnier, Jr. (Bar No. 4031)
2550 Belle Chasse Hwy, Ste 215
Gretna, LA 70053
Telephone 504-309-3304
Telecopier 504-309-3306
E-Mail: wgc@billcherbonnier.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | NO. 23-01032 |
| | * | |
| **BROWN ET AL V. BURMASTER** | * | MAIN BK: 23-11081 |
| | * | |
| ADV. PROC | * | SECTION "A" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I certify that I have on this day served a copy of the *Amended Motion to Enroll Additional Counsel for Defendant* **[ECF Doc. 58]** on the following parties by electronic service through the Court's electronic filing system:

 C. Theodore Alpaugh, III on behalf of Defendant Derrick P. Burmaster
 cta@gustebarnett.com

 Laura F. Ashley on behalf of Plaintiffs Derek Brown and Julia Barecki-Brown
 lashley@krebsfarley.com, laura-ashley-4406@ecf.pacerpro.com

 William G. Cherbonnier, Jr. on behalf of Defendant Derrick P. Burmaster
 wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

 James Roquemore on behalf of Witness Anne Kirkpatrick
 james.roquemore@nola.gov

 James Roquemore on behalf of Witness Nicholas Gernon
 james.roquemore@nola.gov

and via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed below

 Tarak Anada on behalf of Plaintiff Julia Barecki-Brown
 Jones Walker LLP
 201 St. Charles Ave., 49th Floor
 New Orleans, LA 70170

 William Most on behalf of Plaintiff Julia Barecki-Brown
 Most & Associates
 201 St. Charles Avenue, Ste 2500, #9685
 New Orleans, LA 70170

Dated: Friday, October 4, 2024.

                */s/William G. Cherbonnier, Jr.*