UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 23-11081 |
| DERRICK P. BURMASTER, | § § | CHAPTER 13 |
| DEBTOR. | § § § | SECTION A |
| DEREK BROWN AND JULIA BARECKI-BROWN, | § § § § | |
| PLAINTIFFS, | § § | ADV. NO. 23-1032 |
| V. | § § | |
| DERRICK P. BURMASTER, | § § § | |
| DEFENDANT. | § § § | |

# ORDER

The Court held a status conference on March 10, 2025.

Appearances: William Most, counsel for the Plaintiffs;
William Cherbonnier & C. Theodore Alpaugh, counsel for the Defendants.

For the reasons stated on the record,

**IT IS ORDERED** that all discovery and pre-trial deadlines in the above-captioned adversary proceeding are **STAYED PENDING FURTHER COURT ORDER**.

**IT IS FURTHER ORDERED** that the Court shall hold a status conference on **Tuesday, July 22, 2025, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video

2

using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Plaintiffs shall serve this Order via and first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 10, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE