**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 23-11081** |
| **DERRICK P. BURMASTER,** | § | **CHAPTER 13** |
| **DEBTOR.** | § | **SECTION A** |
| **DEREK BROWN AND JULIA BARECKI-BROWN,** | § | |
| **PLAINTIFFS,** | § | **ADV. NO. 23-1032** |
| **V.** | § | |
| **DERRICK P. BURMASTER,** | § | |
| **DEFENDANT.** | § | |

**ORDER**

The Court has a status conference scheduled for August 31, 2026, [ECF Doc. 92]. Due to the Court's calendar,

**IT IS ORDERED** *sua sponte* that the status conference is **CONTINUED** to **Tuesday, September 1, 2026, at 4:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing by **telephone only** (Dial-in 504.517.1385, Access Code 129611). Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that counsel for the Plaintiff shall **IMMEDIATELY** serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the

Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect as soon as practicable.

New Orleans, Louisiana, August 31, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE